No. D–1684.   IN RE DISBARMENT OF BLOOMFIELD.   Gerald R. Bloomfield, of Albuquerque, N. M., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.